# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Elizabeth Ellis, as the Co-Trustee of the Neil H. Ellis Irrevocable Insurance Trust - 2005, No. 2 v. Coventry Capital I LLC | FILED: MAY 28, 2008<br>08CV3083   PH<br>JUDGE DARRAH<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Coventry Capital I LLC

| |
|---|
| NAME (Type or print)<br>Rosa M. Tumialan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rosa M. Tumialan |
| FIRM<br>Dykema Gossett PLLC |
| STREET ADDRESS<br>10 South Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6226267 | TELEPHONE NUMBER<br>(312)876-1700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐