U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Elizabeth Ellis, as the Co-Trustee of the Neil H. Ellis Irrevocable Insurance Trust - 2005, No. 2. | FILED: MAY 28, 2008 |
| v. | 08CV3083    PH |
| Coventry Capital I LLC | JUDGE DARRAH |
| | MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Coventry Capital I LLC

| NAME (Type or print) |
|---|
| Terrence E. Kiwala |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Terrence E. Kiwala |
| FIRM |
| Dykema Gossett PLLC |
| STREET ADDRESS |
| 10 South Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1476548 | (312)876-1700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐