# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Elizabeth Ellis, as the Co-Trustee of the Neil H. Ellis Irrevocable Insurance Trust - 2005, No. 2. | FILED: MAY 28, 2008 |
| v. | 08CV3083   PH |
| Coventry Capital I LLC | JUDGE DARRAH |
| | MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Coventry Capital I LLC

| | |
|---|---|
| NAME (Type or print) <br> Michael C. Borders | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael C. Borders | |
| FIRM <br> Dykema Gossett PLLC | |
| STREET ADDRESS <br> 10 South Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 61800620 | TELEPHONE NUMBER <br> (312)876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |