# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2 | )<br>)<br>) |
| Plaintiff, | ) Case No. 08 C 3083<br>) |
| v. | ) Judge John W. Darrah<br>) Magistrate Judge Nolan<br>) |
| COVENTRY CAPITAL I LLC, | )<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

To:    COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Thursday June 5, 2008,** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John W. Darrah** or any judge sitting in his stead in **Room 1203** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present **Motion for Leave to File a Corrected Notice of Removal.**

Dated: May 29, 2008        COVENTRY CAPITAL I, LLC


*s/ Rosa M. Tumialán*
Michael C. Borders (mborders@dykema.com)
Rosa M. Tumialán (rtumialan@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

James John Sanders     jjs@lefltd.com

A copy was also served on the below counsel by US mail:

Stephen B. Eisenberg
Mark L. LeFevour
Leahy, Eisenberg & Frankel, Ltd.
33 West Monroe Street
Suite 1100
Chicago, IL 60603

*s/ Rosa M. Tumialán*