UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Elizabeth Ellis
                                       Plaintiff,

v.                                                             Case No.: 1:08–cv–03083
                                                             Honorable John W. Darrah

Coventry Capital I LLC
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable John W. Darrah:Defendant's motion for leave to file a corrected notice of removal [7] is granted. Status hearing set for 6/19/08 at 9:00 a.m. Plaintiff is ordered to be present. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.