**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-03083 |
| ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2 | Honorable Judge Darrah |
| | Magistrate Judge Nolan |
| v. | |
| COVENTRY CAPITAL I, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2

| |
|---|
| NAME (Type or print) |
| Stephen P. Eisenberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stephen P. Eisenberg |
| FIRM |
| Leahy, Eisenberg & Fraenkel, Ltd. |
| STREET ADDRESS |
| 33 W. Monroe St., Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0725358 | (312) 368-4554 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X      NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES          NO  X |

|   |
|---|
|   |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES **X**          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES  X   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. ~~RETAINED COUNSEL~~ ☐     ~~APPOINTED COUNSEL~~ ☐     Not Applicable |

F:\Case\059808\12849\APPEARANCE.SPE.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>June 18, 2008</u>, I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants and that I have served all non-CM/ECF participants by mailing a copy via first-class U.S. Mail, with proper postage prepaid and affixed thereon, on <u>June 18, 2008</u>.

| **Michael Cullen Borders**<br>mborders@dykema.com | **Terrence Edward Kiwala**<br>tkiwala@dykema.com |
|---|---|
| **Rosa Maria Tumialan-Landy**<br>rtumialan@dykema.com | |

/s/ Stephen P. Eisenberg

Stephen P. Eisenberg
Leahy, Eisenberg & Fraenkel, Ltd.
33 West Monroe Street, Suite 1100
Chicago, IL 60603
Phone: (312) 368-4554
Fax: (312) 368-4562
E-mail: spe@lefltd.com
IL ARDC # 0725358