# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-03083 |
| ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2 | Honorable Judge Darrah |
| | Magistrate Judge Nolan |
| v. | |
| COVENTRY CAPITAL I, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2

| |
|---|
| NAME (Type or print) |
| James J. Sanders |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James J. Sanders |
| FIRM |
| Leahy, Eisenberg & Fraenkel, Ltd. |
| STREET ADDRESS |
| 33 W. Monroe St., Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204957 | (312) 368-4554 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X      NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES       NO  X |

| |
|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES              NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES    NO  X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>~~RETAINED COUNSEL~~ ☐      ~~APPOINTED COUNSEL~~ ☐     Not Applicable |

F:\Case\059808\12849\APPEARANCE.JJS.doc

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2008, I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants and that I have served all non-CM/ECF participants by mailing a copy via first-class U.S. Mail, with proper postage prepaid and affixed thereon, on June 18, 2008.

| **Michael Cullen Borders**<br>mborders@dykema.com | **Terrence Edward Kiwala**<br>tkiwala@dykema.com |
|---|---|
| **Rosa Maria Tumialan-Landy**<br>rtumialan@dykema.com | |

                                              /s/ James J. Sanders

                                              James J. Sanders
                                              Leahy, Eisenberg & Fraenkel, Ltd.
                                              33 West Monroe Street, Suite 1100
                                              Chicago, IL 60603
                                              Phone: (312) 368-4554
                                              Fax: (312) 368-4562
                                              E-mail: jjs@lefltd.com
                                              IL ARDC # 6290660