IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2 <br><br> Plaintiff, <br><br> v. <br><br> COVENTRY CAPITAL I LLC, <br><br> Defendants. | Case No. 08 C 3083 <br><br> Judge John W. Darrah <br> Magistrate Judge Nolan |

## MOTION TO DISMISS AND COMPEL ARBITRATION

NOW COMES Defendant COVENTRY CAPITAL I LLC, ("Coventry") by and through its attorneys Michael C. Borders and Rosa M. Tumialán, and under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure move this Court to dismiss Plaintiff, ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2 ("Ellis") complaint and enter an order compelling arbitration as provided under the Federal Arbitration Act ("FAA"). 9 USC *et seq.* Coventry states the following in support of its motion:

1. Coventry adopts and incorporates by reference the Memorandum of Law filed concurrently.

WHEREFORE Defendant COVENTRY CAPITAL I LLC respectfully requests that this Court grants its motion and enter an order dismissing this case, compelling arbitration and for such other relief as this Court deems proper.

Respectfully submitted,

By: /Rosa M. Tumialán
One of the Attorneys for Defendant

| | |
|---|---|
| Terrence E. Kiwala ARDC #1476548 | Brian P. Brooks |
| Michael C. Borders ARDC# 61800620 | Kyra A, Grundeman |
| Rosa M. Tumialán ARDC# 6226267 | O'MELVENY & MYERS LLP |
| Dykema Gossett PLLC | 1625 Eye Street, N.W. |
| 10 South Wacker Drive, Suite 2300 | Washington, D.C.  20006 |
| Chicago, IL  60606-7407 | (202) 383-5300 |
| (312) 876-1700 | |

## CERTIFICATE OF SERVICE

I hereby certify that on **June 18, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

James John Sanders     jjs@lefltd.com

A copy was also served on the below counsel by US mail:

Stephen B. Eisenberg
Mark L. LeFevour
Leahy, Eisenberg & Frankel, Ltd.
33 West Monroe Street
Suite 1100
Chicago, IL 60603

s/ Rosa M. Tumialán