## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2 ) ) ) ) | |
| Plaintiff, ) | Case No. 08 C 3083 |
| ) | Judge John W. Darrah |
| v. ) | Magistrate Judge Nolan |
| ) | |
| COVENTRY CAPITAL I LLC, ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:     COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Tuesday June 24, 2008,** at **9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John W. Darrah** or any judge sitting in his stead in **Room 1203** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present **Motion to Dismiss and Compel Arbitration.**

Dated: June 18, 2008           COVENTRY CAPITAL I, LLC


                               *s/ Rosa M. Tumialán*
                               Terrence E. Kiwala (tkiwala@dykema.com)
                               Michael C. Borders (mborders@dykema.com)
                               Rosa M. Tumialán (rtumialan@dykema.com)
                               DYKEMA GOSSETT PLLC
                               10 South Wacker Drive, Suite 2300
                               Chicago, Illinois 60606
                               Phone: 312-876-1700
                               Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 18, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

James John Sanders    jjs@lefltd.com

A copy was also served on the below counsel by US mail:

Stephen B. Eisenberg
Mark L. LeFevour
Leahy, Eisenberg & Frankel, Ltd.
33 West Monroe Street
Suite 1100
Chicago, IL 60603

*s/ Rosa M. Tumialán*