IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2,<br><br>    Plaintiff,<br><br>v.<br><br>COVENTRY CAPITAL I LLC,<br><br>    Defendants. | Case No. 08 C 3083<br><br>Judge John W. Darrah<br>Magistrate Judge Nolan |

**COVENTRY CAPITAL I, LLC'S FEDERAL RULE 7.1 AND
LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Coventry Capital I, LLC states the following under Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR 3.2 of the Local General Rules:

Sandy Run Holdings LLC is the sole member of Coventry Capital I, LLC. Sandy Run Holdings LLC has four members: (1) Alan H. Buerger; (2) the Buerger 2003 Family Trust (Constance M. Buerger as Trustee); (3) Alan H. Buerger 2003 Trust for Reid S. Buerger (Reid Buerger as Trustee) and (4) the Constance M. Buerger 2003 Trust for Krista L. Buerger (Alan H. Buerger as Trustee).

No publicly held company owns 10% or more of Coventry Capital I, LLC's stock.

                                                          Respectfully submitted,

                                                          By:  */Rosa M. Tumialán*
                                                          One of the Attorneys for Defendant

| | |
|---|---|
| Terrence E. Kiwala ARDC #1476548 | Brian P. Brooks |
| Michael C. Borders ARDC# 61800620 | Kyra A, Grundeman |
| Rosa M. Tumialán ARDC# 6226267 | O'MELVENY & MYERS LLP |
| Dykema Gossett PLLC | 1625 Eye Street, N.W. |
| 10 South Wacker Drive, Suite 2300 | Washington, D.C.  20006 |
| Chicago, IL  60606-7407 | (202) 383-5300 |

(312) 876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on **June 18, 2008,** I electronically filed **Coventry's Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

                James John Sanders    jjs@lefltd.com

A copy was also served on the below counsel by US mail:

Stephen B. Eisenberg
Mark L. LeFevour
Leahy, Eisenberg & Frankel, Ltd.
33 West Monroe Street
Suite 1100
Chicago, IL 60603

                                            *s/ Rosa M. Tumialán*