# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3083 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Elizabeth Ellis vs. Coventry Capital I, LLC | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss and compel arbitration [14] is entered and briefed as follows: response by 7/17/08, reply by 7/31/08. Status hearing set for 9/24/08 at 9:00 a.m. Defendant to file a motion to remand by 7/17/08, response by 7/31/08, reply by 8/14/08. Status hearing set for 9/24/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|