IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Ellis, as Co-Trustee of<br>The Neil H. Ellis Irrevocable<br>Insurance Trust-2005, No. 2 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | No. 08 CV 3083 |
| | )<br>) | |
| Coventry Capital I LLC | )<br>) | Judge John W. Darrah |
| | )<br>)<br>) | Magistrate Judge Nan R. Nolan |
| Defendant. | ) | |

## NOTICE OF PRESENTMENT

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **September 24, 2008** at **9:30 a.m,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah in courtroom 1203, at the Everette McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Plaintiff's *Motion for Remand*.

By:   /s/ *Mark L. LeFevour*
       One of the Attorneys for Plaintiff

Stephen P. Eisenberg (ARDC #0725358)
Mark L. LeFevour (ARDC #6204957)
James J. Sanders (ARDC #6204957)
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe Street   Suite 1100
Chicago, Illinois 60603
(312) 368-4554

F:CASE\059808\12849\NOTICE OF PRESENTMENT

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2008**, I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants on **July 16, 2008**.

| | |
|---|---|
| Terrence E. Kiwala<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 1476548<br>Email: tikiwala@dykema.com<br>*Attorney for Coventry Capital I LLC*<br><br>Michael Borders<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 61800620<br>Email: mborders@dykema.com<br>*Attorney for Coventry Capital I LLC*<br><br>Rosa M. Tumialan<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 6226267<br>Email: rtumialan@dykema.com<br>*Attorney for Coventry Capital I LLC* | A copy was also served on the below counsel by U.S. mail:<br><br>Brian P. Brooks<br>Kyra A. Grundeman<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006 |

/s/ *Mark L. LeFevour*
Mark L. LeFevour
Leahy, Eisenberg & Fraenkel, Ltd.
33 West Monroe Street, Suite 1100
Chicago, IL 60603
Phone: (312) 368-4554
Fax: (312) 368-4562
E-mail: mll@lefltd.com
IL ARDC # 6204957