IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Ellis, as Co-Trustee of<br>The Neil H. Ellis Irrevocable<br>Insurance Trust-2005, No. 2 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | No. 08 CV 3083 |
| Coventry Capital I LLC | )<br>)<br>) | Judge John W. Darrah |
| | )<br>)<br>) | Magistrate Judge Nan R. Nolan |
| Defendant. | ) | |

### NOTICE OF FILING TO CORRECT NOTICE OF PRESENTMENT

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on July 16, 2008, we filed *Plaintiff's Motion for Remand* and *Plaintiff's Response to Defendant's Motion to Dismiss and Compel Arbitration*, copies of which have been served upon you. A *Notice of Presentment* was also mistakenly filed. Pursuant to the order entered by this Court on June 20, 2008 (Document 18), a full briefing schedule for each matter was set and a status hearing for each matter was scheduled for **September 24, 2008** at **9:00 a.m.** before Judge John W. Darrah in Courtroom 1203 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, thus obviating the need for the *Notice of Presentment*.

By:   /s/ *Mark L. LeFevour*
One of the Attorneys for Plaintiff

Stephen P. Eisenberg (ARDC #0725358)
Mark L. LeFevour (ARDC #6204957)
James J. Sanders (ARDC #6204957)
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe Street   Suite 1100
Chicago, Illinois 60603
(312) 368-4554

F:CASE\059808\12849\NOTICE OF PRESENTMENT

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2008**, I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants on **July 16, 2008**.

| | |
|---|---|
| Terrence E. Kiwala<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 1476548<br>Email: tikiwala@dykema.com<br>***Attorney for Coventry Capital I LLC***<br><br>Michael Borders<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 61800620<br>Email: mborders@dykema.com<br>***Attorney for Coventry Capital I LLC***<br><br>Rosa M. Tumialan<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 6226267<br>Email: rtumialan@dykema.com<br>***Attorney for Coventry Capital I LLC*** | A copy was also served on the below counsel by U.S. mail:<br><br>Brian P. Brooks<br>Kyra A. Grundeman<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006 |

*/s/ Mark L. LeFevour*
Mark L. LeFevour
Leahy, Eisenberg & Fraenkel, Ltd.
33 West Monroe Street, Suite 1100
Chicago, IL 60603
Phone: (312) 368-4554

Fax: (312) 368-4562
E-mail: mll@lefltd.com
IL ARDC # 6204957

3