## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv3083 | **DATE** | July 24, 2008 |
| **CASE TITLE** | Ellis v. Coventry Capital | | |

**DOCKET ENTRY TEXT:**

Plaintiff's "Amended Notice of Motion" [24] is granted. The notice of presentment is disregarded.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|