# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ELLIS, AS THE CO-TRUSTEE OF THE NEIL H. ELLIS IRREVOCABLE INSURANCE TRUST – 2005, NO. 2 | ) ) ) ) |
| Plaintiff, | ) Case No. 08 C 3083 ) |
| v. | ) Judge John W. Darrah ) Magistrate Judge Nolan |
| COVENTRY CAPITAL I LLC, | ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **Thursday July 31, 2008,** we caused to be filed Clerk of the United States District Court of the Northern District of Illinois, Eastern Division defendant's **Response in Opposition to Plaintiff's Motion for Remand and Reply in Further Support of its Motion to Dismiss and Compel Arbitration.**

Dated: July 31, 2008         COVENTRY CAPITAL I, LLC

                             *s/ Rosa M. Tumialán*
                             Terrence E. Kiwala (tkiwala@dykema.com)
                             Michael C. Borders (mborders@dykema.com)
                             Rosa M. Tumialán (rtumialan@dykema.com)
                             DYKEMA GOSSETT PLLC
                             10 South Wacker Drive, Suite 2300
                             Chicago, Illinois 60606
                             Phone: 312-876-1700
                             Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 31, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

James John Sanders   jjs@lefltd.com
Mark L. LeFevour   mll@lefltd.com
Stephen B. Eisenberg   sbe@lefltd.com

*s/ Rosa M. Tumialán*