IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Elizabeth Ellis, as Co-Trustee of ) <br> The Neil H. Ellis Irrevocable ) <br> Insurance Trust-2005, No. 2 ) <br>     ) <br>          Plaintiff, ) <br>     ) <br> v.    ) <br>     ) <br>     ) <br> Coventry Capital I LLC ) <br>     ) <br>     ) <br>     ) <br>          Defendant. ) | No. 08 C 3083 <br><br> Judge John W. Darrah <br><br> Magistrate Judge Nan R. Nolan |

### NOTICE OF FILING

**PLEASE TAKE NOTICE THAT ON** August 14, 2008, we caused to be filed with the Clerk for the United States District Court for the Northern District of Illinois, Eastern Division *Plaintiff's Reply Brief in Support of Motion for Remand.*

Respectfully Submitted,

Elizabeth Ellis, as Co-Trustee of The Neil H. Ellis Irrevocable Insurance Trust-2005, No. 2

/s/ *Mark L. LeFevour*
One of the Attorneys for Plaintiff

Stephen P. Eisenberg (ARDC #0725358)
Mark L. LeFevour (ARDC #6204957)
James J. Sanders (ARDC #6204957)
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe Street   Suite 1100
Chicago, Illinois 60603
(312) 368-4554

F:CASE\059808\12849\NOF-REPLY BRIEF.doc

## CERTIFICATE OF SERVICE

I hereby certify that on **August 14, 2008**, I caused to be filed, electronically, the foregoing document with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, which sent a Notice of Electronic Filing to all CM/ECF Registered Participants on **August 14, 2008**.

| | |
|---|---|
| Terrence E. Kiwala<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 1476548<br>Email: tikiwala@dykema.com<br>*Attorney for Coventry Capital I LLC*<br><br>Michael Borders<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 61800620<br>Email: mborders@dykema.com<br>*Attorney for Coventry Capital I LLC*<br><br>Rosa M. Tumialan<br>Dykema Gossett, PLLC<br>10 South Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>ID Number: 6226267<br>Email: rtumialan@dykema.com<br>*Attorney for Coventry Capital I LLC* | A copy was also served on the below counsel by U.S. mail:<br><br>Brian P. Brooks<br>Kyra A. Grundeman<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006 |

/s/ *Mark L. LeFevour*
Mark L. LeFevour
Leahy, Eisenberg & Fraenkel, Ltd.
33 West Monroe Street, Suite 1100
Chicago, IL 60603
Phone: (312) 368-4554
Fax: (312) 368-4562
E-mail: mll@lefltd.com
IL ARDC # 6204957